## No. 11-461. Kara Kowalski, Petitioner v. Berkeley County Schools, et al.

565 U.S. 1173, 132 S. Ct. 1095, 181 L. Ed. 2d 1009, 2012 U.S. LEXIS 693.

January 17, 2012. Motion of Marion B. Bechner First Amendment Project for leave to file a brief as amicus curiae granted. Motion of The Alliance Defense Fund, et al., for leave to file a brief as amici curiae granted. Motion of The Rutherford Institute for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 652 F.3d 565.

## No. 11-484. Dawn V. Martin, Petitioner v. Howard University, et al.

565 U.S. 1174, 132 S. Ct. 1096, 181 L. Ed. 2d 1009, 2012 U.S. LEXIS 636,

January 17, 2012. Motion of The National Organization for Women Foundation (NOW Foundation) for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

## No. 11-560. Mariana Leger, Warden, Louisiana Correctional Institute for Women, Petitioner v. Princess P. Lacaze.

565 U.S. 1174, 132 S. Ct. 1137, 181 L. Ed. 2d 1009, 2012 U.S. LEXIS 598.

January 17, 2012. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 645 F.3d 728.